UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-07-491 |
| | § | |
| CHRISTOPHER JAMES VARGAS | § | |

**UNITED STATES' FIRST AMENDED RESPONSE OPPOSING
DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

The United States of America opposes defendant's request for a reduction of his sentence. The United States submits the Court should find the defendant's criminal history category warrants a finding under Title 18, U.S.C., 3553(a)(2)(C) that the defendant's sentence is appropriate. The facts of his underlying conviction (as detailed in the Addendum to the Presentence Report filed yesterday by the Probation Department) also support that finding.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____/s/_____
Melvin R. Pechacek
Assistant United States Attorney
1000 Louisiana, Ste. 2300
Houston, TX 77002

Phone (713) 567-9577

## CERTIFICATE OF SERVICE

    I, Melvin R. Pechacek, certify that I mailed a copy of this to the defendant, Christopher James Vargas, Inmate #82483-179, FCI Beaumont Low, Federal Correctional Institution, P. O. Box 26020, Beaumont, Texas 77720.

                                                       /s/
                                      Melvin R. Pechacek